# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN B. ODOMS,<br><br>    Petitioner,<br>v.<br>E. CADISH, et al.,<br><br>    Respondents. | Case No. 3:17-cv-00547-HDM-VPC<br><br>ORDER |

Petitioner John B. Odoms has submitted a petition for a writ of mandamus (ECF No. 1-1). His application to proceed *in forma pauperis* (ECF No. 1) shall be granted. Odoms asks this court to direct the Eighth Judicial District Court of Clark County, Nevada—which has declared petitioner a vexatious litigant—to allow him to file a motion for modification of sentence. However, this court lacks jurisdiction to issue a writ of mandamus to a state court. *Demos v. United States Dist. Court for the E. Dist. of Wash.*, 925 F.2d 1160, 1161 (9th Cir. 1991). Accordingly, this petition is dismissed for lack of jurisdiction. The court will not issue a certificate of appealability, as reasonable jurists would not debate the dismissal of this petition.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed in forma pauperis (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall detach and file the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: November 13, 2017.

*(signature)* Howard D. McKibben

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE